IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIM OSICKA,

    Plaintiff-Appellant,

  v.                                              Case No. 20-cv-478-jdp

OFFICE OF LAWYER REGULATION,

    Defendant-Appellee.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of the United States Bankruptcy Court for the Western District of Wisconsin.

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | March 24, 2021 |
| Peter Oppeneer, Clerk of Court | Date |