IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Tim Osicka,

      Plaintiff-Appellant,            Case No.: 20-CV-478-jdp

v.

Office of Lawyer Regulation,

      Defendant-Respondent.

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff-Appellant, Tim Osicka, in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order and Judgment entered in this action on the 24th day of March, 2021 in favor of Defendant-Respondent and against Plaintiff-Appellant.

Dated and signed this 31st day of March, 2021.

                      LAW FIRM OF CONWAY, OLEJNICZAK & JERRY S.C.
                      Attorneys for Plaintiff-Appellant, Tim Osicka

By:    *s/George Burnett*
        George Burnett, WI State Bar No. 1005964

POST OFFICE ADDRESS:
231 South Adams Street
P.O. Box 23200
Green Bay, WI 54305-3200
(920) 437-0476
*201621.044:#3750916*